270

621 A.2d 563

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Albert JONES, Respondent.**

Supreme Court of Pennsylvania.

Feb. 26, 1993.

## ORDER

**PER CURIAM:**

The Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed. We have previously held that *Commonwealth v. Thomas*, 520 Pa. 206, 553 A.2d 918 (1989) shall be applied prospectively only. The judgment of the Court of Common Pleas of Philadelphia County is reinstated.